1232 

No. 90–1679. KILE *v.* NORTH PACIFIC CONSTRUCTION CO. ET AL. C. A. 9th Cir. Certiorari denied. 

No. 90–1681. HODORY *v.* HAMILTON. Dist. Ct. App. Fla., 2d Dist. Certiorari denied. 

No. 90–1682. CATHEY ET UX. *v.* METROPOLITAN LIFE INSURANCE CO. ET AL. Sup. Ct. Tex. Certiorari denied. 

No. 90–1687. MIRAMAR HOTEL CORP. *v.* SANTA MONICA CULINARY WELFARE FUND ET AL. C. A. 9th Cir. Certiorari denied. 

No. 90–1690. BOND ET UX. *v.* OCTAGON PROCESS, INC. C. A. 11th Cir. Certiorari denied. 

No. 90–1693. BROWN *v.* WONG ET AL. Sup. Ct. Haw. Certiorari denied. 

No. 90–1696. LESTER *v.* BORGERT, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 90–1710. TEXAS *v.* GRIBBLE. Ct. Crim. App. Tex. Certiorari denied. 

No. 90–1711. GRIDLEY *v.* CLEVELAND PNEUMATIC CO. ET AL. C. A. 3d Cir. Certiorari denied. 

No. 90–1716. IOWA DISTRICT COURT FOR WINNESHIEK COUNTY *v.* IOWA. Sup. Ct. Iowa. Certiorari denied. 

No. 90–1732. NICOLS *v.* NICOLS. Ct. App. Mich. Certiorari denied.

No. 90–1741. BAYERISCHE HYPOTHEKEN-UND WECHSEL-BANK AG ET AL. *v.* GORG, AS TRUSTEE IN BANKRUPTCY FOR THE ESTATE OF KAUSSEN, ET AL. Sup. Ct. Ga. Certiorari denied. 

No. 90–1742. HOOPER *v.* ALABAMA. Sup. Ct. Ala. Certiorari denied. 

No. 90–1746. TROEN *v.* OREGON. Ct. App. Ore. Certiorari denied.